**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:13cr156-MHT** |
| | ) | **(WO)** |
| **DONALD SWIFT, JR.** | ) | |

**FINAL ORDER OF FORFEITURE**

On December 11, 2013, this Court entered a Preliminary Order of Forfeiture (Doc. #35) forfeiting defendant's interest in the following property to the United States: a Taurus 856 .38 caliber revolver, bearing serial number CP46285; a Bersa Thunder 9 caliber pistol, bearing serial number 03574; 15 rounds of assorted 9 caliber ammunition; and 6 rounds of assorted .38 caliber ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave defendant notice in the Indictment (Doc. #13) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1). Further, defendant consented to the forfeiture of the property in his plea agreement. (Doc. #29, p. 3).

The Court finds that defendant Donald Swift, Jr. has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

IT IS HEREBY ORDERED that the Government's Motion for a Final Order of Forfeiture (Doc. #75) is granted as follows:

1.      The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

      (a)      one Taurus 856 .38 caliber revolver, bearing serial number CP46285;

      (b)      one Bersa Thunder 9 caliber pistol, bearing serial number 03574;

      (c)      15 rounds of assorted 9 caliber ammunition; and

      (d)      6 rounds of assorted .38 caliber ammunition.

2.      All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4.      The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 21st day of May, 2014.


_____/s/  Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE